UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| MARY CURE as next of kin to Leonard Allan Cure, and Mary Cure as Administrator of the Estate of Leonard Allan Cure, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE NO.: 2:24-cv-00030-LGW-BWC |
| v. | ) ) | |
| BUCK ALDRIDGE, in his Individual Capacity; JIM PROCTOR, in his Individual Capacity and Official Capacity as Sheriff of Camden County, Georgia, | ) ) ) ) ) | |
| Defendants. | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND**

COME NOW BUCK ALDRIDGE and JIM PROCTOR ("Defendants") by and through counsel, with the consent of Plaintiff Mary Cure, by and through counsel, moves this Court for an extension of time for Defendants to answer, plead, move, counterclaim, or otherwise respond to Plaintiff's Complaint in the above-styled action. Defendants' answer and/or responsive pleading is currently due Thursday, May 23, 2024. Pursuant to Local Rule 6.1, and without waiver of any available jurisdictional, procedural, substantive, or other defense or response, Defendants respectfully request a fourteen (14) day extension, or through and including June 6, 2024, and that any answers, pleas, motions, counterclaims, or other responses filed by Defendants on or before said date shall be deemed timely.

For the Court's convenience, a proposed Order is attached hereto.

1

Respectfully submitted:

**BUCKLEY CHRISTOPHER & HENSEL, P.C.**

/s/ Kelly L. Christopher

_____
TIMOTHY J. BUCKLEY III
Georgia State Bar No. 092913
KELLY L. CHRISTOPHER
Georgia State Bar No. 609879
Attorneys for Defendants

2970 Clairmont Road
Suite 650
Atlanta, Georgia 30329
(404) 633-9230
tbuckley@bchlawpc.com
kchristopher@bchlawpc.com

**STROM LAW FIRM, LLC**

/s/ Mario A. Pacella

_____
MARIO A. PACELLA
Georgia State Bar No. 558519
Attorney for Plaintiff

247 Edwards Plaza
Suite 1
St. Simons Island, Georgia 31522
(912) 264-6465
mpacella@stromlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Harry M. Daniels, Esq.
The Law Offices of Harry M. Daniels, LLC
4751 Best Road, Suite 490
Atlanta, Georgia 30337
daniels@harrymdaniels.com

Benjamin L. Crump, Esq.
Ben Crump Law
633 Pennsylvania Ave, NW, Floor 2
Washington, D.C. 20004
ben@bencrump.com

Mario A. Pacella, Esq.
Strom Law Firm, LLC
247 Edwards Plaza, Suite 1
St. Simons Island, Georgia 31522
mpacella@stromlaw.com

This 20th day of May, 2024.

**BUCKLEY CHRISTOPHER & HENSEL, P.C.**

/s/ Kelly L. Christopher
_____
TIMOTHY J. BUCKLEY III
Georgia State Bar No. 092913
KELLY L. CHRISTOPHER
Georgia State Bar No. 609879
Attorneys for Defendants

2970 Clairmont Road
Suite 650
Atlanta, Georgia 30329
(404) 633-9230
tbuckley@bchlawpc.com
kchristopher@bchlawpc.com

3