**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | |
|---|---|
| MARY CURE as next of kin to Leonard Allan Cure, and Mary Cure as Administrator of the Estate of Leonard Allan Cure, | |
| Plaintiff, | CIVIL ACTION NO.: 2:24-cv-00030-LGW-BWC |
| v. | |
| BUCK ALDRIDGE, in his Individual Capacity, et al., | |
| Defendants. | |

**STATUS REPORT**

With the discovery period having now concluded in the above captioned case, the Parties make the following report to the Court.

**I.    DISCOVERY**

A.  Is all discovery completed in this case?

☐ Yes        ☒ No

- If "No", please list what discovery is remaining:

Click here to enter text.

B.  Are there any discovery issues which have been or will be brought before the Court for resolution?

☐ Yes        ☒ No

- If "Yes", please briefly explain:

Click here to enter text.

**II.    SETTLEMENT**

A.  Have the parties made efforts to resolve this case?

☒ Yes          ☐ No

- If "Yes", please explain those efforts:

The case was resolved at the January 6, 2026, mediation. The parties anticipate filing a dismissal by the end of the month.

B.  Are the parties prepared to discuss settlement of this case with the Court at this time?

☐ Yes          ☐ No

- If "No", please explain:

Click here to enter text.

C.  Are there any third parties and/or lien holders that should be included in any settlement discussions for this case?

☐ Yes          ☒ No

- If "Yes", please list those parties:

Click here to enter text.

D.  The Parties propose the following agreed upon dates, prior to the deadline for filing motions, for conducting a status conference. (*Please provide several dates for the Court's consideration in scheduling. Regardless of whether the Parties seek to discuss settlement, the Court may require that each party have a representative with full settlement authority present*.)

Click here to enter text.

### III.    MOTIONS

A.  The Plaintiff(s) anticipate filing the following Motions:

☒        None

☐        Motion for Summary Judgment

☐        Motion to Exclude Expert Testimony

☐        Other Motion(s) (Except for Motions in Limine), please explain:

B.  The Defendant(s) anticipate filing the following Motions:

☒        None

☐        Motion for Summary Judgment

☐        Motion to Exclude Expert Testimony

☐        Other Motion(s) (Except for Motions in Limine), please explain:

### IV.    ADDITIONAL MATTERS

If there are any other matters regarding this case that the Parties seek to bring to the

Court's attention at this time, please briefly explain:

The case resolved at the January 5, 2026, mediation. The parties anticipate filing
the dismissal by the end of the month.

Dated:  January 9, 2026

/s/ Harry M. Daniels
_____

Counsel for Plaintiff(s)

/s/ Timothy J. Buckley III
_____

Counsel for Defendant(s)